LASTER et al. v. LEFEVRE et al.
(No. 1048.)

(Court of Civil Appeals of Texas. El Paso. Feb. 5, 1920.)

APPEAL AND ERROR ☞753(2), 773(4)—JUDGMENT AFFIRMED IN ABSENCE OF ASSIGNMENTS OF ERROR OR BRIEFS OR FUNDAMENTAL ERROR.

Where no assignment of error or briefs of either party appear in the record, and fundamental errors of law are not apparent on the record, the judgment of the trial court will be affirmed.

Appeal from Freestone County Court; G. W. Fryer, Judge.

Action by Mrs. Edna Laster and others against A. F. and P. V. Lefevre. Judgment for defendants, and plaintiffs appeal. Affirmed.

Boyd & Bell, of Teague, for appellants.
W. W. Ballew, of Corsicana, and T. H. Bonner, of Fairfield, for appellees.

WALTHALL, J. This suit was brought in the county court by appellants against appellees to recover the balance alleged to be due on a promissory note and to foreclose a chattel mortgage given by appellees to secure the notes.

Appellees pleaded payment. The case was tried before a jury resulting in a general verdict for appellees on which judgment was rendered.

No assignments of error or briefs of either party appear in the record.

No fundamental errors of law are apparent upon the record.

The judgment is affirmed.